IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHADALE WILLIAMS,

       Plaintiff,          CV F 07 1189 OWW WMW PC

   vs.                      ORDER RE MOTION (DOC 6)

H. TYSON, et al.,

       Defendants.

     Plaintiff has filed a motion seeking an order to compel prison authorities to provide information to Plaintiff in order for Plaintiff to complete and return to the court an application to proceed in forma pauperis. Specifically, Plaintiffs seeks trust account information. Plaintiff has been granted leave to proceed in forma pauperis, and an order has been entered, directing the California Department of Corrections and Rehabilitation to collect and forward to the court funds from Plaintiff's trust account. Plaintiff's motion is therefore moot.

     Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion is denied as moot.

IT IS SO ORDERED.

**Dated:**   **June 18, 2008**                   **/s/ William M. Wunderlich**
                                                   UNITED STATES MAGISTRATE JUDGE