IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Shadale L. Williams,<br><br>    Plaintiff,<br><br>vs.<br><br>Captain H. Tyson, et al.,<br><br>    Defendants. | No. CV-07-01189-ROS<br><br>**ORDER** |

On May 12, 2011, Defendants filed a motion to dismiss for lack of prosecution. (Doc. 30). No response has been filed. In the motion to dismiss, Defendants set forth reasons for dismissing this case. Plaintiff must respond no later than June 17, 2011, or the Court will grant the motion to dismiss, which will end Plaintiff's case.

**IT IS ORDERED** Plaintiff shall file a response to Defendants' motion to dismiss (Doc. 30) no later than **June 17, 2011.**

DATED this 3rd day of June, 2011.

Roslyn O. Silver
Chief United States District Judge