IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Shadale L. Williams, | ) | No. CV-07-01189-ROS |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Captain H. Tyson, et al., | ) | |
| Defendants. | ) | |

On May 12, 2011, Defendants filed a motion to dismiss for lack of prosecution. (Doc. 30). The motion to dismiss states, among other things, Plaintiff has evidenced his intention to abandon this action by refusing to accept mail from counsel or the Court. On June 3, 2011, the Court ordered Plaintiff to file a response no later than June 17, 2011. (Doc. 31). Plaintiff refused service of the Order. No response has been filed.

**IT IS ORDERED** Defendants' motion to dismiss **(Doc. 30)** is **GRANTED**.

**IT IS FURTHER ORDERED** the Clerk of the Court shall close this case.

DATED this 22nd day of June, 2011.

_____
Roslyn O. Silver
Chief United States District Judge